**EXHIBIT A (Part 2 of 4)**

**LOCAL 1 S.E.I.U. APPLICATION AND AUTHORIZATION**

1. I, the undersigned, hereby apply for membership in Local 1, SEIU, and designate said Union as my sole and exclusive representative for the purpose of collective bargaining with my employer and authorize said Union to represent me and in my behalf to negotiate and conclude any and all agreements as to wages, hours, and other conditions of employment. I agree to be bound by the Constitution and By-Laws and the rules and regulation of the International Union and the Local Union and by any contracts that may be in existence at the time of the application or that may be negotiated by the Union.

2. I authorize and irrevocably direct _____ Securitas _____ (Name of Company) to deduct from my wages quarterly or monthly dues (depending on the specific contract) initiation and withdrawal card fees, in advance, which are required to maintain me as a member in good standing of Local 1 in accordance with the Constitution and Bylaws of the Union and in compliance with the Labor-Management Relations Act of 1947, such dues and fees to be deducted in the first pay period following the execution of this Authorization, and thereafter, for any unpaid amounts of initiation or reinitiating fees in addition to the regular quarterly or monthly dues (depending on the contract) in the first pay period of the months of January, April, July, and October. The amounts so deducted shall be forwarded to the Union withing the first fifteen (15) days of the first month of such quarter.

3. This authorization and direction shall be irrevocable for the period of one (1) year, or until the termination of the collective bargaining agreement between my employer and Local 1, SEIU whichever occurs sooner, and I agree and direct that this authorization and direction shall be automatically renewed, each year or for the period of each succeeding applicable collective bargaining agreement between my employer and Local 1, whichever shall be shorter, unless written notice is given by me to the employer and the Union on more than twenty (20) days and not less than ten (10) days prior to the expiration of each period of one (1) year, or of each applicable collective bargaining agreement between my employer and Local 1, SEIU, whichever occurs sooner.

I hereby agree to be bound by all of the provisions of the International Constitution and Bylaws; and in particular, by the requirements of Article XVIII of the International Constitution and Bylaws and other applicable provisions of the International and Local Constitutions and Bylaws relating to payments in connection with the death of members, and in that connection, I furnish the information listed below.

Although I am aware that I am not required to sign any dues check-off assignment, or a membership application card, or any other Union form; and I further realize that under the provisions of the Labor-Management Relations Act of 1947, as amended, and the contract between Local 1 Service Employees International Union and my employer, I am not required, as a condition of employment, to become a member of said Union until the thirtieth day following the beginning of my employment or the effective date of such contract, whichever is the later; nevertheless, I desire, voluntarily to sign this form.

Employee's Name (Print) _Steven Hawkins_    Date _10-4-06_

Address _4749 Langley_    City ___    Zip Code _6015_

Home Phone _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_ Your Social Security No. ~~REDACTED~~    E-mail ___

Date of Birth _2-26-86_ Starting Date ___ Job Title ___    Hourly Rate ___

Building Address/Company _580 W. Madison Chase Bank Bldg_    Signature ___

Languages you read/speak ___ English ☑    Spanish ___    Polish ___    Other ___

## DEDUCTION AUTHORIZATION
## COMMITTEE ON POLITICAL EDUCATION FUND

I authorize my employer to deduct:

☐ $5 per month and transfer the funds to SEIU COPE.

☐ $_____ per month and transfer the funds to SEIU COPE.

I authorize my local union to file this payroll deduction with my employer and for my employer to forward the amount specified to SEIU COPE.

I understand that: 1) I am not required to sign this form or make COPE contributions as a condition of my employment by my employer or membership in the union; 2) I may refuse to contribute without any reprisal; 3) Only union members and executive/administrative staff who are U.S. citizens or lawful permanent residents are eligible to contribute to SEIU COPE; 4) The amounts on this form are merely a suggestion, and I may contribute more or less by this or some other means without fear of favor or disadvantage from the union or my employer; 5) SEIU COPE uses the money it receives for political purposes, including but not limited to addressing political issues of public importance and contributing to and spending money in connection with federal, state and local elections.

Contributions to SEIU COPE are not deductible for federal income tax purposes.

This authorization shall remain in effect until revoked in writing by me.

Employee's Name (Print) _Steven Hawkins_    Date ___

Address ___    City ___    Zip Code ___

Home Phone ___    Your Social Security No. ___

Building Address/Company ___    Signature ___

YELLOW COPY–UNION      WHITE COPY–EMPLOYER      PINK COPY–EMPLOYEE

## IF NEEDED FOR BANK DRAFT PURPOSES:

Depository and Bank ___

Routing Number ___

Account Number ___



EXHIBIT
_Hawkins 1_
_7-15-10_ _a_

HAWK 000229



**EXHIBIT**
Hawkins 2
77570 CL



**SECURITAS**

# COUNSELING AND CORRECTIVE ACTION REPORT

*Verbal Action: Complete Parts A and B, sign and obtain manager's approval.*
*Written Action: Complete all parts except to Part D, prior to meeting with employee. Have employee sign document after you have completed discussion. If he/she refuses to sign, document the refusal.*

☐ VERBAL ☒ WRITTEN ☐ 1st ☐ 2nd ☐ FINAL

## PART A    EMPLOYEE INFORMATION

Date of Incident: 12/21/06          Date of Counseling: 12/21/06

STEPHANIE HAWKINS    CTA RAILS / CENTRAL    SECURITY OFFICER
Employee's Name          Branch                          Job Title/Site

SGT. Hall
_____    _____    Supervisor
Date of Hire          Employee Number

## PART B    ACTION TAKEN

☐ Removal from assignment/client site  ☒ Counseling  ☐ Demotion  ☐ Transfer  ☐ Other _____

## PART C    REASON FOR ACTION (Check all that Apply)

☐ Unreported Absence
☐ Abusive and/or Threatning Behavior
☐ Failure to Complete Required Reports
☐ Smoking on Post or in Non Smoking Areas
☐ Leaving Post Without Permission
☐ Failure to Do Necessary Rounds
☐ Other Unacceptable Behavior/Violation of Company Policy

☐ Insubordination
☐ Sleeping on Duty
☒ Tardiness
☐ Reporting Under the Influence
☐ Reporting Out of Uniform
☐ Failure to Follow Post Orders

LATE FOR DUTY (2156 hrs.)
(specify)

**Description of Incident and Corrective Measures** (Include dates and times of incidents, reason for counseling. Improvement required or corrective action taken, timeframe for improvement, consequences of reported failure.

ARRIVED TARDY AT FOREST PARK AT 2156 hrs. AS ACTUAL REPORTING TIME WAS 2130 hrs. S/O INSTRUCTED TO IMPROVE UPON REPORTING TO DUTY AS SCHEDULED.

**Notice to Employee:** It is expected that the conditions noted above will be corrected immediately. In the event this condition is not corrected, or if another offense occurs, you may be subject to further disciplinary action up to and including termination of your employment. Nothing in this report is intended to amend or alter your status as an "at-will" employee.

HAWK 000330

## PART D    EMPLOYEE COMMENTS (attach additional sheet if necessary)
(The absence of any statement on the part of the EMPLOYEE indicates his/her agreement with the report as stated.)

I S/o Stephanie Hawkins did not arrive late on 12-21-06, I relieved C.A. L.Smith at the proper time at 2130. Was unable to locate toco wand and when I did it was faulty. It does not register information. I called command and informed Lt. Forbes and he said he would get the equipment out to me.

I have read this report and the above has been discussed with me.

Stephl Hawk                    12-21-06
Employees Signature          Date

Prepared by: SGT. J. Hall          12/21/06
                    Supervisor Name          Date

Approved by: _____    _____
                    Manager Name          Date

BRANCH PERSONNEL FILE

SSER 0011 (6/03)                    © 2003 Securitas Security Services USA, Inc.



**SECURITAS**

# COUNSELING AND CORRECTIVE ACTION REPORT

*Verbal Action:* Complete Parts A and B, sign and obtain manager's approval.
*Written Action:* Complete all parts except to Part D, prior to meeting with employee. Have employee sign document after you have completed discussion. If he/she refuses to sign, document the refusal.

☐ VERBAL   ☑ WRITTEN   ☐ 1ˢᵗ   ☐ 2ⁿᵈ   ☐ FINAL

## PART A                                    EMPLOYEE INFORMATION

Date of Incident: _01 - 07 - 07_                Date of Counseling: _____

_Stephanie Hawkins_ _____   _Central_ _____   _Security Officer 26554_
　　Employee's Name　　　　　　　　　Branch　　　　　　　　　Job Title/Site

_____   _____   _Benell Barnes 26554_
　　Date of Hire　　　　　　　　Employee Number　　　　　　　Supervisor

## PART B                          ACTION TAKEN

☐ Removal from assignment/client site   ☒ Counseling   ☐ Demotion   ☐ Transfer   ☐ Other _____

## PART C                    REASON FOR ACTION (*Check all that Apply*)

☐ Unreported Absence
☐ Abusive and/or Threatning Behavior
☐ Failure to Complete Required Reports
☐ Smoking on Post or in Non Smoking Areas
☐ Leaving Post Without Permission
☐ Failure to Do Necessary Rounds
☒ Other Unacceptable Behavior/Violation of Company Policy _Improper Call Off._

☐ Insubordination
☐ Sleeping on Duty
☐ Tardiness
☐ Reporting Under the Influence
☐ Reporting Out of Uniform
☒ Failure to Follow Post Orders

(specify)

**EXHIBIT**
_Hawkins 3_
_7-15-10 Cl_

**Description of Incident and Corrective Measures** *(Include dates and times of incidents, reason for counseling. Improvement required or corrective action taken, timeframe for improvement, consequences of reported failure.*

_S/o Hawkins called off for duty at the Green Line Lake Street Ashland_
_Station 23 00 to 07 00, at 2304 hours. S/o Hawkins when unable to report_
_for duty is to Inform CTA Command Four (4) hours Prior to the start_
_of shift._

**Notice to Employee:** It is expected that the conditions noted above will be corrected immediately. In the event this condition is not corrected, or if another offense occurs, you may be subject to further disciplinary action up to and including termination of your employment. Nothing in this report is intended to amend or alter your status as an "at-will" employee.

## PART D                    EMPLOYEE COMMENTS *(attach additional sheet if necessary)*
*(The absence of any statement on the part of the EMPLOYEE indicates his/her agreement with the report as stated.)*

_____

_____

_____

HAWK 000321

---

I have read this report and the above has been discussed with me.

_[signature]_ _____   _1-11-07_
Employee Signature　　　　　　Date

Prepared by: _Benell Barnes 26554_   _01/08/07_
　　　　　　　Supervisor Name　　　　　　Date

Approved by: _____

　　　　　　　Manager Name　　　　　/　　Date

SSER 0011 (6/03)                    BRANCH PERSONNEL FILE                    © 2003 Securitas Security Services USA, Inc.



EXHIBIT

*Hawkins 4*
*1-15-10 CL*



SECURITAS

# COUNSELING
# AND CORRECTIVE
# ACTION REPORT

*Verbal Action:* Complete Parts A and B, sign and obtain manager's approval.
*Written Action:* Complete all parts except for Part D, prior to meeting with employee. Have employee sign document after you have completed discussion. If he/she refuses to sign, document the refusal.

☐ VERBAL ☑ WRITTEN ☐ 1ˢᵗ ☐ 2ⁿᵈ ☐ FINAL

## PART A

**EMPLOYEE INFORMATION**

Date of Incident: *1-27-07*

Date of Counseling: ~~January~~ *FEBRUARY 06, 2007*

*STEPHANIE HAWKINS*
Employee's Name

*CENTRAL*
Branch

*SECURITY OFFICER*
Job Title/Site

Date of Hire

Employee Number

*ANTONIO HALSEY*
Supervisor

## PART B

**ACTION TAKEN**

☐ Removal from assignment/client site ☒ Counseling ☐ Demotion ☐ Transfer ☐ Other _____

## PART C

**REASON FOR ACTION** (Check all that Apply)   *01-07-07*

*1-28-07*
*CAL/MIL*
*2400 - 1030*
*2145*

☐ Unreported Absence
☐ Abusive and/or Threatning Behavior
☐ Failure to Complete Required Reports
☐ Smoking on Post or in Non Smoking Areas
☐ Leaving Post Without Permission
☐ Failure to Do Necessary Rounds
☒ Other Unacceptable Behavior/Violation of Company Policy

☐ Insubordination
☐ Sleeping on Duty
☐ Tardiness
☐ Reporting Under the Influence
☐ Reporting Out of Uniform
☒ Failure to Follow Post Orders

*IMPROPER CALL-OFF*
(specify)

**Description of Incident and Corrective Measures** (Include dates and times of incidents, reason for counseling. Improvement required or corrective action taken, timeframe for improvement, consequences of reported failure.

*ON ABOVE DATE S/O STEPHANIE HAWKINS CONTACTED COMMAND TO*
*CALL OFF FOR HER SHIFT AT CALIFORNIA/MILWAUKEE BLUE LINE*
*STATION. S/O HAWKINS DID NOT FOLLOW COMPANY POLICY BY CALLING*
*UNDER FOUR (4) HOUR PRIOR TO SHIFT START. THIS IS CONSIDERED*
*AN IMPROPER CALL-OFF*

**Notice to Employee:** It is expected that the conditions noted above will be corrected immediately. In the event this condition is not corrected, or if another offense occurs, you may be subject to further disciplinary action up to and including termination of your employment. Nothing in this report is intended to amend or alter your status as an "at-will" employee.

## PART D

**EMPLOYEE COMMENTS** (attach additional sheet if necessary)
(The absence of any statement on the part of the EMPLOYEE indicates his/her agreement with the report as stated.)

HAWK 000327

*I S/O Stephanie Hawkins was in the ER at UIC on 1-27-07.*
*I recieved lot of medication and when I woke up I called the*
*Command center and explained why I would be unable to attend work until 2-1-07*

---

I have read this report and the above has been discussed with me.

_____  *2-1-07*
Employees Signature      Date

Prepared by: _____  *1-27-07*
Supervisor Name      Date

Approved by: _____ / _____
Manager Name      Date

SSER 0011 (6/03)      **BRANCH PERSONNEL FILE**      © 2003 Securitas Security Services USA, Inc.





**SECURITAS**

# COUNSELING AND CORRECTIVE ACTION REPORT

*Verbal Action:  Complete Parts A and B, sign and obtain manager's approval.*
*Written Action: Complete all parts except for Part D, prior to meeting with employee. Have employee sign document after you have completed discussion. If he/she refuses to sign, document the refusal.*

☐ **VERBAL**   ☑ **WRITTEN**   ☐ **1ˢᵗ**   ☐ **2ⁿᵈ**   ☐ **FINAL**

## PART A                     EMPLOYEE INFORMATION

Date of Incident: 1/31/07                          Date of Counseling: 2/1/07

Stephanie Hawkins          Central                 Security Officer
_____Employee's Name_____   _____Branch_____       _____Job Title/Site_____
                                                   Latoya Haze (woood)
_____Date of Hire_____      _____Employee Number_____   _____Supervisor_____

## PART B                          ACTION TAKEN

☐ Removal from assignment/client site   ☑ Counseling   ☐ Demotion   ☐ Transfer   ☐ Other _____

## PART C              REASON FOR ACTION (Check all that Apply)

☐ Unreported Absence                 12-08-06        ☐ Insubordination        2100-0500
☐ Abusive and/or Threatning Behavior  12-21-06       ☐ Sleeping on Duty        2140
☐ Failure to Complete Required Reports 1-31-07       ☑ Tardiness               Damen/Milwaukee
☐ Smoking on Post or in Non Smoking Areas            ☐ Reporting Under the Influence
☐ Leaving Post Without Permission                    ☐ Reporting Out of Uniform
☐ Failure to Do Necessary Rounds                     ☐ Failure to Follow Post Orders
☐ Other Unacceptable Behavior/Violation of Company Policy _____
                                                     (specify)

**Description of Incident and Corrective Measures** *(Include dates and times of incidents, reason for counseling. Improvement required or corrective action taken, timeframe for improvement, consequences of reported failure.*

S/O Stephanie Hawkins arrived for duty at 2140 hrs.
S/O Hawkins scheduled time is 2100 hours. S/O
was advised that tardiness goes against company
policy.

**Notice to Employee:** *It is expected that the conditions noted above will be corrected immediately. In the event this condition is not corrected, or if another offense occurs, you may be subject to further disciplinary action up to and including termination of your employment. Nothing in this report is intended to amend or alter your status as an "at-will" employee.*

## PART D              EMPLOYEE COMMENTS (attach additional sheet if necessary)          HAWK 000326
*(The absence of any statement on the part of the EMPLOYEE indicates his/her agreement with the report as stated.)*

I S/O Hawkins was late on 1-31-07 for reasons out of my control. My 4 year old daughter
is sick & hospitalized at Childrens Memorial and also her care giver my grandmother
was in a car accident because of these reasons I was late to my shift
on Damen Milwaukee Blue line. BHH 2-1-07

| I have read this report and the above has been discussed with me. | Prepared by: L Smallwood  1 2/1/07 |
|---|---|
| | Supervisor Name    Date |
| | Approved by: |
| _____Employees Signature_____ / _____Date_____ | _____Manager Name_____ / _____Date_____ |

SSER 0011 (6/03)                    BRANCH PERSONNEL FILE                    © 2003 Securitas Security Services USA, Inc.



EXHIBIT
*Hawkins 6*
*7-15-10 CR*



**SECURITAS**

# COUNSELING
# AND CORRECTIVE
# ACTION REPORT

*Verbal Action:* Complete Parts A and B, sign and obtain manager's approval.
*Written Action:* Complete all parts except for Part D, prior to meeting with employee. Have employee sign document after you have completed discussion. If he/she refuses to sign, document the refusal.

☐ VERBAL   ☒ WRITTEN   ☐ 1ˢᵗ   ☐ 2ⁿᵈ   ☐ FINAL

## PART A                                    EMPLOYEE INFORMATION

Date of Incident: 12·3·07

Employee's Name: STEPHANIE HAWKINS          Branch: CENTRAL          Job Title/Site: SECURITY OFFICER          Supervisor: Sgt. MARINA ROWAN

Date of Hire: _____          Employee Number: _____

## PART B                          ACTION TAKEN

☐ Removal from assignment/client site   ☐ Counseling   ☐ Demotion   ☐ Transfer   ☐ Other _____

## PART C                   REASON FOR ACTION (Check all that Apply)

☐ Unreported Absence
☐ Abusive and/or Threatning Behavior
☐ Failure to Complete Required Reports
☐ Smoking on Post or in Non Smoking Areas
☐ Leaving Post Without Permission
☐ Failure to Do Necessary Rounds
☐ Other Unacceptable Behavior/Violation of Company Policy _____

☐ Insubordination
☐ Sleeping on Duty
☒ Tardiness
☐ Reporting Under the Influence
☐ Reporting Out of Uniform
☐ Failure to Follow Post Orders

DAMON / MILWAUKEE
1880-0500

(specify)

**Description of Incident and Corrective Measures** (Include dates and times of incidents, reason for counseling. Improvement required or corrective action taken, timeframe for improvement, consequences of reported failure.

S/O HAWKINS WAS SCHEDULED FOR DUTY AT DAMON AT 1880. S/O HAWKINS DID NOT ARRIVE UNTIL 1902 MAKING HER TARDY. S/O HAWKINS HAS BEEN ADVISED SHE MUST BE ON TIME.

**Notice to Employee:** It is expected that the conditions noted above will be corrected immediately. In the event this condition is not corrected, or if another offense occurs, you may be subject to further disciplinary action up to and including termination of your employment. Nothing in this report is intended to amend or alter your status as an "at-will" employee.

## PART D          EMPLOYEE COMMENTS (attach additional sheet if necessary)
(The absence of any statement on the part of the EMPLOYEE indicates his/her agreement with the report as stated.)

I S/O Stephanie Hawkins was late to the Damon/Chare Post partly due to the fact on some complications on the Red line train. The train conductor # was 441844.

HAWK 000325

I have read this report and the above has been discussed with me.

Employees Signature _____   Date _____

Prepared by: Sgt. Marina Rowan   12·3·07
Supervisor Name   Date

Approved by: _____
Manager Name   Date

© 2003 Securitas Security Services USA, Inc.


Hawkins ?
7-15-10 CL


SECURITAS

# COUNSELING AND CORRECTIVE ACTION REPORT

**Verbal Action:** Complete Parts A and B, sign and obtain manager's approval.
**Written Action:** Complete all parts except to Part D, prior to meeting with employee. Have employee sign document after you have completed discussion. If he/she refuses to sign, document the refusal.

☐ VERBAL  ☑ WRITTEN  ☐ 1st  ☑ 2nd  ☐ FINAL

## PART A — EMPLOYEE INFORMATION

Date of Incident: 2/7/07     Date of Counseling: 2/8/07

Stephanie Hawkins — Employee's Name     Central — Branch     Security Officer — Job Title/Site

Date of Hire     Employee Number     Sgt. Hazelwood — Supervisor

Initials SH    DATE: 2-15-0

## PART B — ACTION TAKEN
2/12/07

☐ Removal from assignment/client site  ☐ Counseling  ☐ Demotion  ☐ Transfer  ☑ Other 1 day suspension

## PART C — REASON FOR ACTION (Check all that Apply)

☐ Unreported Absence
☐ Abusive and/or Threatning Behavior — 12-08-06
☐ Failure to Complete Required Reports — 12-21-06
☐ Smoking on Post or in Non Smoking Areas — 01-31-07
☐ Leaving Post Without Permission — 02-03-07
☐ Failure to Do Necessary Rounds — 02-07-07
☑ Other Unacceptable Behavior/Violation of Company Policy — "Too Many Tardies"

☐ Insubordination
☐ Sleeping on Duty
☑ Tardiness
☐ Reporting Under the Influence
☐ Reporting Out of Uniform
☐ Failure to Follow Post Orders
(specify)

Damen/Mill
2100-0500
2120

**Description of Incident and Corrective Measures** (Include dates and times of incidents, reason for counseling. Improvement required or corrective action taken, timeframe for improvement, consequences of reported failure.)

S/O Stephanie Hawkins arrived for duty at 2120 hours. S/O Hawkins' scheduled time is 2100 hours. S/O was advised that tardiness goes against company policy. Any other violation of company policy will lead to a 2day suspension and or other disciplinary actions up to and including termination.

**Notice to Employee:** It is expected that the conditions noted above will be corrected immediately. In the event this condition is not corrected, or if another offense occurs, you may be subject to further disciplinary action up to and including termination of your employment. Nothing in this report is intended to amend or alter your status as an "at-will" employee.

## PART D — EMPLOYEE COMMENTS (attach additional sheet if necessary)
(The absence of any statement on the part of the EMPLOYEE indicates his/her agreement with the report as stated.)

HAWK 000324

I have read this report and the above has been discussed with me.
Stephanie Hawkins — Employee's Signature   2/8/07 — Date

Prepared by: Katina Hazelwood — Supervisor Name   2/8/07 — Date
Approved by: Patt — Manager Name   02/8/07 — Date

SSER 0011 (6/03)     BRANCH PERSONNEL FILE     © 2003 Securitas Security Services USA, Inc.





SECURITAS

**COUNSELING AND CORRECTIVE ACTION REPORT**

*Verbal Action: Complete Parts A and B, sign and obtain manager's approval.*
*Written Action: Complete all parts except for Part D, prior to meeting with employee. Have employee sign document after you have completed discussion. If he/she refuses to sign, document the refusal.*

☐ VERBAL ☑ WRITTEN ☐ 1st ☐ 2nd ☐ FINAL

**PART A** — **EMPLOYEE INFORMATION**

Date of Incident: 2.25.07

Employee's Name: STEPHANIE HAWKINS
Branch: Central
Date of Counseling:
Job Title/Site: SECURITY OFFICER
Supervisor: Sgt. MARINA ROWAN

Date of Hire: ___ Employee Number: ___

**PART B** — **ACTION TAKEN**

☐ Removal from assignment/client site ☑ Counseling ☐ Demotion ☐ Transfer ☑ Other WILL LEAD TO A 2 Day Suspension

**PART C** — **REASON FOR ACTION (Check all that Apply)**

☐ Unreported Absence
☐ Abusive and/or Threatning Behavior
☐ Failure to Complete Required Reports
☐ Smoking on Post or in Non Smoking Areas
☐ Leaving Post Without Permission
☐ Failure to Do Necessary Rounds
☐ Other Unacceptable Behavior/Violation of Company Policy

☐ Insubordination
☐ Sleeping on Duty
☑ Tardiness
☐ Reporting Under the Influence
☐ Reporting Out of Uniform
☐ Failure to Follow Post Orders

DAMEN 1830-0600

(specify)

**Description of Incident and Corrective Measures** *(Include dates and times of incidents, reason for counseling. Improvement required or corrective action taken, timeframe for improvement, consequences of reported failure.)*

S/O HAWKINS WAS SCHEDULED TO REPORT FOR DUTY AT 18:30. S/O HAWKINS DID NOT REPORT UNTIL 18:42 MAKING HER TARDY FOR DUTY. S/O HAWKINS HAS BEEN ADVISED SHE MUST ARRIVE ON TIME FOR DUTY. S/O HAWKINS HAS BEEN SUSPENDED BEFORE FOR TARDINESS AND WILL FACES ANOTHER ONE IF SHE CONTINUES TO BE LATE FOR DUTY-MR

**Notice to Employee:** It is expected that the conditions noted above will be corrected immediately. In the event this condition is not corrected, or if another offense occurs, you may be subject to further disciplinary action up to and including termination of your employment. Nothing in this report is intended to amend or alter your status as an "at-will" employee.

**PART D** — **EMPLOYEE COMMENTS** *(attach additional sheet if necessary)*
*(The absence of any statement on the part of the EMPLOYEE indicates his/her agreement with the report as stated.)*

I s/o Stephanie hawkins was late on 2-25-07 due to the fact the train was late. The Conductor badge was 44245, the Run # is 113, and the train car I was on is 3095. The delay was BONNIE and out of my control. SMH 2-25-07

I have read this report and the above has been discussed with me.

_____ / _____
Employees Signature    Date

Prepared by: Sgt. Marina Rowan , 2-25-07
Supervisor Name    Date
Approved by: _____ Batt , 2/21/07
Manager Name    Date

SSER 0011 (6/03)    BRANCH PERSONNEL FILE    HAWK 000328    2003 Securitas Security Services USA, Inc.


EXHIBIT
*Hawkins 9*
7-15-10 CR


**SECURITAS**

# COUNSELING
# AND CORRECTIVE
# ACTION REPORT

*Verbal Action:* Complete Parts A and B, sign and obtain manager's approval.
*Written Action:* Complete all parts except for Part D, prior to meeting with employee. Have employee sign document after you have completed discussion. If he/she refuses to sign, document the refusal.

☐ VERBAL ☒ WRITTEN ☐ 1ˢᵗ ☐ 2ⁿᵈ ☐ FINAL

**PART A**      **EMPLOYEE INFORMATION**

Date of Incident: **3·4·07**      Date of Counseling:

Employee's Name: *Stephanis Hawkins*
Branch: *Central*
Job Title/Site: *Security Officer*

Date of Hire: _____ Employee Number: _____ Supervisor: *Sgt. Marina Rowan*

**PART B**      **ACTION TAKEN**

☐ Removal from assignment/client site ☐ Counseling ☐ Demotion ☐ Transfer ☐ Other

**PART C**      **REASON FOR ACTION (Check all that Apply)**

☐ Unreported Absence   ☐ Insubordination   *DAMEN*
☐ Abusive and/or Threatning Behavior   ☐ Sleeping on Duty   *1830 - 0500*
☐ Failure to Complete Required Reports   ☒ Tardiness
☐ Smoking on Post or in Non Smoking Areas   ☐ Reporting Under the Influence
☐ Leaving Post Without Permission   ☐ Reporting Out of Uniform
☐ Failure to Do Necessary Rounds   ☐ Failure to Follow Post Orders
☐ Other Unacceptable Behavior/Violation of Company Policy _____
                        (specify)

**Description of Incident and Corrective Measures** *(Include dates and times of Incidents, reason for counseling. Improvement required or corrective action taken, timeframe for improvement, consequences of reported failure.)*

S/O HAWKINS WAS SCHEDULED TO ARRIVE FOR DUTY AT 1830. S/O HAWKINS WAS TARDY FOR DUTY ARRIVING AT 1835. S/O HAWKINS HAS BEEN ADVISED SHE MUST ARRIVE ON TIME FOR DUTY.

**Notice to Employee:** It is expected that the conditions noted above will be corrected immediately. In the event this condition is not corrected, or if another offense occurs, you may be subject to further disciplinary action up to and including termination of your employment. Nothing in this report is intended to amend or alter your status as an "at-will" employee.

**PART D**      **EMPLOYEE COMMENTS** (attach additional sheet if necessary)      **HAWK 000329**
*(The absence of any statement on the part of the EMPLOYEE indicates his/her agreement with the report as stated.)*

I S/O Stephanie Hawkins am disputing the CA's accusation that I was late to Damen/Nd Station. I received a ride just for that reason so I would not be late. I ended the station at exactly 6:30pm and was not late. SMH 3-4-09

I have read this report and the above has been discussed with me.

_____ / _____
Employees Signature / Date

Prepared by: *Sgt. Marina Rowan* , 3·4·07
Supervisor Name / Date

Approved by: _____
Manager Name / Date

SSER 0011 (6/03)      **BRANCH PERSONNEL FILE**      © 2003 Securitas Security Services USA, Inc.

**EXHIBIT**

*Hawkins 10*
*7-15-10 CC*



## SECURITAS

# COUNSELING AND CORRECTIVE ACTION REPORT

*Verbal Action: Complete Parts A and B, sign and obtain manager's approval.*
*Written Action: Complete all parts except to Part D, prior to meeting with employee. Have employee sign document after you have completed discussion. If he/she refuses to sign, document the refusal.*

☐ VERBAL   ☑ WRITTEN   ☐ 1st   ☑ 2nd   ☐ FINAL

### PART A

Date of Incident: _3/16/07_   **EMPLOYEE INFORMATION**   Date of Counseling: ____

Employee's Name: _Stephanie Hawkins_   Branch: _Central_   Job Title/Site: _Security Officer / State Lake Inner_

Date of Hire: _November 21, 2006_   Employee Number: ____   Supervisor: _Leroy L. Sanders_

Initials: SH   Date: 3-20-07

### PART B

**ACTION TAKEN**

☐ Removal from assignment/client site   ☑ Counseling   ☐ Demotion   ☐ Transfer   ☑ Other _2 Days Suspension, 3/20 3/21_

### PART C

**REASON FOR ACTION** (Check all that Apply)

☐ Unreported Absence
☐ Abusive and/or Threatning Behavior
☐ Failure to Complete Required Reports
☐ Smoking on Post or in Non Smoking Areas
☐ Leaving Post Without Permission
☐ Failure to Do Necessary Rounds
☑ Other Unacceptable Behavior/Violation of Company Policy _"Too Many Tardies"_

_02-07-07 - 1 Day_
_02-25-07_
_03-04-07_
_03-16-07 - 2 Day_

☐ Insubordination
☐ Sleeping on Duty
☑ Tardiness
☐ Reporting Under the Influence
☐ Reporting Out of Uniform
☐ Failure to Follow Post Orders

(specify)

**Description of Incident and Corrective Measures** *(Include dates and times of incidents, reason for counseling. Improvement required or corrective action taken, timeframe for improvement, consequences of reported failure.*

_S/O Hawkins arrived for duty @ 2340, When S/O Hawkins start time is 2100. S/O Hawkins Needs to be on time for her Assigned start time._

**Notice to Employee:** It is expected that the conditions noted above will be corrected immediately. In the event this condition is not corrected, or if another offense occurs, you may be subject to further disciplinary action up to and including termination of your employment. Nothing in this report is intended to amend or alter your status as an "at-will" employee.

### PART D

**EMPLOYEE COMMENTS** *(attach additional sheet if necessary)*
*(The absence of any statement on the part of the EMPLOYEE indicates his/her agreement with the report as stated.)*

_I, S/O Stephanie Hawkins made a big mistake I thought my friend Man Shelter Confused so I went to my other station at Adams/Wabash C 2330. Sorry and I accept this write up Lilly. SH 3-20-07_

HAWK 000322

I have read this report and the above has been discussed with me.

_Stephanie Hawkins_   _3-16-07_
Employees Signature   Date

Prepared by: _Leroy L. Sanders_   Date: _3/16/07_
Supervisor Name

Approved by: _____ Batts   Date: _03/19/07_
Manager Name

*Monday*
*ADAMS-WABASH*
*2330-0730*


**SECURITAS**

# COUNSELING
# AND CORRECTIVE
# ACTION REPORT

*Verbal Action:* Complete Parts A and B, sign and obtain manager's approval.
*Written Action:* Complete all parts except to Part D, prior to meeting with employee. Have employee sign document after you have completed discussion. If he/she refuses to sign, document the refusal.

☐ VERBAL    ☑ WRITTEN    ☐ 1st    ☐ 2nd    ☑ FINAL

## PART A      EMPLOYEE INFORMATION

Date of Incident: *April 05, 2007*      Date of Counseling: _____

*Stephanie Hawkins*      *Central*      *Security Officer / Adam Wabash*
<u>Employee's Name</u>      <u>Branch</u>      <u>Job Title/Site</u>

*November 21, 2006*      _____      *Sgt. Willam Blackburn*
<u>Date of Hire</u>      <u>Employee Number</u>      <u>Supervisor</u>

*DATE:*      *Initials:*

## PART B      ACTION TAKEN

☐ Removal from assignment/client site    ☑ Counseling    ☐ Demotion    ☐ Transfer    ☑ Other *Will Lead to 3 Day Suspension*

## PART C      REASON FOR ACTION (Check all that Apply)

☐ Unreported Absence    *02-07-07 - 1 Day*      ☐ Insubordination      *Loop Elevated*
☐ Abusive and/or Threatning Behavior    *03-16-07 - 2 Days*    ☐ Sleeping on Duty    *Adams Wabash*
☐ Failure to Complete Required Reports    *04-05-07*    ☑ Tardiness    *2200-0600*
☐ Smoking on Post or in Non Smoking Areas      ☐ Reporting Under the Influence    *4-5-07*
☐ Leaving Post Without Permission      ☐ Reporting Out of Uniform
☐ Failure to Do Necessary Rounds      ☑ Failure to Follow Post Orders
☑ Other Unacceptable Behavior/Violation of Company Policy *"Too Many Tardies"*
                                                 (specify)

**Description of Incident and Corrective Measures** (Include dates and times of incidents, reason for counseling. Improvement required or corrective action taken, timeframe for improvement, consequences of reported failure.

*S/o Hawkins arrived for Duty at 2240. Her started time is 2200. S/o Hawkins need to be on time for her assigned. S/o Hawkins has been suspended 2 other times for tardiness and if she continue to be late for Duty she will face a 3 Day Suspension and/or further disciplinary action.*

**Notice to Employee:** It is expected that the conditions noted above will be corrected immediately. In the event this condition is not corrected, or if another offense occurs, you may be subject to further disciplinary action up to and including termination of your employment. Nothing in this report is intended to amend or alter your status as an "at-will" employee.

## PART D      EMPLOYEE COMMENTS (attach additional sheet if necessary)
(The absence of any statement on the part of the EMPLOYEE indicates his/her agreement with the report as stated.)

*I do not believe this tardy is justified as stated in my incident report. SH46i*

**EXHIBIT**
*Hawkins 11*
*7-15-10 C.H.*

**HAWK 000261**

I have read this report and the above has been discussed with me.

Prepared by: *William Blackburn*    | *4-5-07*
                  Supervisor Name          Date

Approved by: *Batt*    *4/6/07*

_____ / _____
Employees Signature          Date          Manager Name          Date

SSER 0011 (6/03)          **BRANCH PERSONNEL FILE**          © 2003 Securitas Security Services USA, Inc.



EXHIBIT
*Hawkins 17*
7-15-10 9



SECURITAS

# COUNSELING AND CORRECTIVE ACTION REPORT

*Verbal Action:* Complete Parts A and B, sign and obtain manager's approval.
*Written Action:* Complete all parts except to Part D, prior to meeting with employee. Have employee sign document after you have completed discussion. If he/she refuses to sign, document the refusal.

☐ VERBAL ☒ WRITTEN ☐ 1ˢᵗ ☐ 2ⁿᵈ ☐ FINAL

## PART A — EMPLOYEE INFORMATION

Date of Incident: **May 22, 2007**          Date of Counseling: **May 23, 2007**

Employee's Name: **STEPHANIE HAWKINS**   Branch: **Central-CTA**   Job Title/Site: **Security Officer**

Date of Hire: **November 21, 2006**   Employee Number: ____   Supervisor: **Capt. Batts**

## PART B — ACTION TAKEN

☐ Removal from assignment/client site   ☒ Counseling   ☐ Demotion   ☐ Transfer   ☒ Other **3 Days Suspension : 5/23 5/24 5/25**

## PART C — REASON FOR ACTION (Check all that Apply)

☐ Unreported Absence
☐ Abusive and/or Threatning Behavior
☐ Failure to Complete Required Reports
☐ Smoking on Post or in Non Smoking Areas
☐ Leaving Post Without Permission
☐ Failure to Do Necessary Rounds
☒ Other Unacceptable Behavior/Violation of Company Policy

01-07-07
01-27-07 — 1 Day
05-22-07 — 2 Days
        3 Days

☐ Insubordination
☐ Sleeping on Duty
☐ Tardiness
☐ Reporting Under the Influence
☐ Reporting Out of Uniform
☐ Failure to Follow Post Orders

**Improper Call-Off - No Paperwork.**
(specify)

**Description of Incident and Corrective Measures** *(Include dates and times of incidents, reason for counseling. Improvement required or corrective action taken, timeframe for improvement, consequences of reported failure.*

3/6 Hawkins was scheduled to work Randolph-Wabash inner - at 2200-0600 So Hawkins call-off at 22:45 saying that her child was sick. On Wednesday-May 23, 2007 So Hawkins admitted that she failed to seek treatment for the child, so she had no paperwork. All absences require paperwork. Any other violations will lead to further discipline - up to -And Including **Termination!**

**Notice to Employee:** It is expected that the conditions noted above will be corrected immediately. In the event this condition is not corrected, or if another offense occurs, you may be subject to further disciplinary action up to and including termination of your employment. Nothing in this report is intended to amend or alter your status as an "at-will" employee.

## PART D — EMPLOYEE COMMENTS *(attach additional sheet if necessary)*
*(The absence of any statement on the part of the EMPLOYEE indicates his/her agreement with the report as stated.)*

HAWK 000255

I did not take my daughter to the emergency room because I knew what her illness was and no medication was required. Lt. Oclbia's did not tell me that I had to do so to avoid another suspension.

I have read this report and the above has been discussed with me.

Employee's Signature: *Stephanie Hawkins*   Date: 5-23-07

Prepared by: *John Batts*   Date: 5/23/07
Supervisor Name

Approved by: ____   Date: ____
Manager Name

SSER 0011 (6/03)

BRANCH PERSONNEL FILE

© 2003 Securitas Security Services USA, Inc.

*will lead to suspension, and/or Termination*

*IT IS THE RESPONSIBILITY OF S/O HAWKINS To SECURE A "RELIABLE BABYSITTER" AND/OR A "RELIABLE BACK-UP SITTER'S, IF NECESSARY. ★ SBM*



# COUNSELING AND CORRECTIVE ACTION REPORT

**Verbal Action:** Complete Parts A and B, sign and obtain manager's approval.
**Written Action:** Complete all parts except to Part D, prior to meeting with employee. Have employee sign document after you have completed discussion. If he/she refuses to sign, document the refusal.

☐ VERBAL   ☒ WRITTEN   ☐ 1st   ☐ 2nd   ☒ FINAL

---

## PART A — EMPLOYEE INFORMATION

Date of Incident: _6/18/07_   Date of Counseling: _____

Employee's Name: _Stephanie Hawkins_   Branch: _Central - CTA_   Job Title/Site: _Security Officer_

Date of Hire: _NOVEMBER 21, 2006_   Employee Number: _____   Supervisor: _Lt. Jefferson_

---

## PART B — ACTION TAKEN

☐ Removal from assignment/client site   ☒ Counseling   ☐ Demotion   ☐ Transfer   ☒ Other *Will lead to Suspension and/or Termination*

---

## PART C — REASON FOR ACTION (Check all that Apply)

☐ Unreported Absence
☐ Abusive and/or Threatning Behavior
☐ Failure to Complete Required Reports
☐ Smoking on Post or in Non Smoking Areas
☐ Leaving Post Without Permission
☐ Failure to Do Necessary Rounds
☒ Other Unacceptable Behavior/Violation of Company Policy _Un Excused_

*02-07-07 - 1 DAY - Tardy*
*03-16-07 - 2 Days - Tardy*
*05-22-07 - 3 Days - Imp S/o*
*06-18-07.*

☐ Insubordination
☐ Sleeping on Duty
☐ Tardiness
☐ Reporting Under the Influence
☐ Reporting Out of Uniform
☒ Failure to Follow Post Orders

*Sector 15 → Adams/ Wabash   2230 - 0600 hrs*

*Call-off (no Baby sitter)* (specify)

---

## Description of Incident and Corrective Measures
*(Include dates and times of incidents, reason for counseling. Improvement required or corrective action taken, timeframe for improvement, consequences of reported failure.)*

on the Abov date and time S/O Stephanie Hawkins informed Lt. Jefferson that she would be unable to come in for the start of her schedule 2230 hrs shift tonight, because she didn't have a baby sitter. S/O Hawkins must have more than one reliable babysitter Company policy. Failure to do so

---

**Notice to Employee:** It is expected that the conditions noted above will be corrected immediately. In the event this condition is not corrected, or if another offense occurs, you may be subject to further disciplinary action up to and including termination of your employment. Nothing in this report is intended to amend or alter your status as an "at-will" employee. *will lead to Further Disciplinary Action.*

---

## PART D — EMPLOYEE COMMENTS *(attach additional sheet if necessary)*
*(The absence of any statement on the part of the EMPLOYEE indicates his/her agreement with the report as stated.)*

**EXHIBIT**
*Hawkins 13*
*7-15-10 QA*

HAWK 000253

---

I have read this report and the above has been discussed with me.

Employee's Signature: _Stephanie Hawkins_   Date: _6/21/07_

Prepared by: _Lt. Jeff_   Supervisor Name   Date _6/18/07_

Approved by: _Batts_   Manager Name   Date _6/21/07_



EXHIBIT
*Hawkins 14*
7-15-10 *CL*


**SECURITAS**

# COUNSELING
# AND CORRECTIVE
# ACTION REPORT

*Verbal Action: Complete Parts A and B, sign and obtain manager's approval.*
*Written Action: Complete all parts except to Part D, prior to meeting with employee. Have employee sign document after you have completed discussion. If he/she refuses to sign, document the refusal.*

☐ VERBAL  ☑ WRITTEN  ☐ 1st  ☐ 2nd  ☐ FINAL

## PART A                EMPLOYEE INFORMATION

Date of Incident: 6/28/07          Date of Counseling: 7-5-07

Stephanie Hawkins          central          Security Officer
___Employee's Name___      ___Branch___     ___Job Title/Site___
                                            Lt. Jefferson
___Date of Hire___         ___Employee Number___   ___Supervisor___

## PART B                ACTION TAKEN

☐ Removal from assignment/client site  ☐ Counseling  ☐ Demotion  ☐ Transfer  ☐ Other _____

## PART C                REASON FOR ACTION (Check all that Apply)

☐ Unreported Absence                    ☐ Insubordination
☐ Abusive and/or Threatning Behavior    ☐ Sleeping on Duty
☐ Failure to Complete Required Reports   ☐ Tardiness
☐ Smoking on Post or in Non Smoking Areas  ☐ Reporting Under the Influence
☐ Leaving Post Without Permission       ☐ Reporting Out of Uniform
☐ Failure to Do Necessary Rounds        ☑ Failure to Follow Post Orders
☑ Other Unacceptable Behavior/Violation of Company Policy  Improper call-off 2230 hrs
                                        (specify)

Sector 157 Adams/
Wabash
2330 - 0600

**Description of Incident and Corrective Measures** *(Include dates and times of incidents, reason for counseling. Improvement required or corrective action taken, timeframe for improvement, consequences of reported failure.)*

On the above date and time S/O Stephanie Hawkins informed
I Lt. Jefferson that she would be unable to come in for the
start of her schedule 2330 hrs shift tonight. Because she was
at the Hospital. S/O Hawkins must give her Job 4 hrs
notice before calling off company policy.

**Notice to Employee:** *It is expected that the conditions noted above will be corrected immediately. In the event this condition is not corrected, or if another offense occurs, you may be subject to further disciplinary action up to and including termination of your employment. Nothing in this report is intended to amend or alter your status as an "at-will" employee.*

## PART D        EMPLOYEE COMMENTS *(attach additional sheet if necessary)*
*(The absence of any statement on the part of the EMPLOYEE indicates his/her agreement with the report as stated.)*

_____

_____        **HAWK 000249**

_____

I have read this report and the above has been discussed    Prepared by:
with me.                                                    Lt. Jay Jeff          6/28/07
                                                            ___Supervisor Name___  ___Date___
*Stephanie Hawkins*    / 7-5-07
___Employee's Signature___  ___Date___                      Approved by:
                                                            _____  / _____
                                                            ___Manager Name___   ___Date___

STATE OF ILLINOIS
DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION
DEAN MARTINEZ, SECRETARY
DIVISION OF PROFESSIONAL REGULATION
DANIEL E. BLUTHARDT, DIRECTOR
PERMANENT EMPLOYEE REGISTRATION CARD
The below named individual has met requirements for registration under the
Private Detective, Private Alarm, Private Security, and Locksmith Act of 2004

Reg No.   129.297689          Expires   05/31/2009

_Stephanie Hawkins_
Signature of Employee

HAWKINS STEPHANIE
4749 S LANGLEY AVE
CHICAGO, IL  60615

EXHIBIT
_Hawkins 15_
_7-15-10 CT_

HAWK 000244

**EXHIBIT**

*Hawkins/6*
*7-15-10 CI*

| IMPORTANT NOTICE: Completion of this form is necessary to accomplish the requirements outlined in 225 ILCS 446/1 et. seq. (Illinois Compiled Statutes). Disclosure of this information is REQUIRED. Failure to provide any information will result in this form not being processed. | *If you possess a valid Illinois Detective, Security Contractor, Alarm Contractor or Locksmith license, then a PERC is NOT required to work for a licensed agency.* |
|---|---|

## APPLICATION FOR PERMANENT EMPLOYEE REGISTRATION CARD

| 1. NAME (Last Name, First Name, Middle Initial) Hawkins Stephanie N | 2. UNITED STATES SOCIAL SECURITY NUMBER: (See Box # 18 Below) REDACTED |
|---|---|

| 3. HOME STREET ADDRESS (No P.O. Boxes) 4749 S Langley | 4. CITY Chicago | 5. STATE Il | 6. ZIP CODE 60615 | 7. COUNTY Cook |
|---|---|---|---|---|

| 8. PLACE OF BIRTH (City and State) Chicago Il | 9. DATE OF BIRTH (M/D/Y) 12-26-82 | 10. AGE (18 yrs min.) 23 | 11. TELEPHONE NUMBER (773) 640-2969 |
|---|---|---|---|

12. IF THIS APPLICATION IS BEING SUBMITTED BY AN AGENCY ON BEHALF OF A NEW EMPLOYEE OF THAT AGENCY (IN ACCORDANCE WITH SECTION 35-30 (k) (1) OF THE ACT), COMPLETE BOXES A THROUGH D BELOW.

| A. AGENCY NAME Securitas Security Services USA, Inc. | B. AGENCY LICENSE NUMBER 122-000899 |
|---|---|
| C. LICENSEE-IN-CHARGE Dan S. Parisi | D. LICENSE NUMBER OF LICENSEE-IN-CHARGE 119-001119 |

13. Have you ever been licensed as Private Detective, Private Security Contractor, Private Alarm Contractor, or Locksmith in Illinois or another State? ☐ Yes ☑ No  If yes, complete the following.

| List state(s) in which you have ever been licensed. | License Number | Dates of Licensure | | Is license current? | Has license ever been revoked, or otherwise disciplined? |
|---|---|---|---|---|---|
| | | From | To | | |
| | | | | | |

| | | |
|---|---|---|
| 14. Have you ever been convicted of ANY criminal offense, including a misdemeanor or a felony? *If yes, include a detailed explanation of the nature of the offense and the final disposition of the case.* | ☐Yes | ☑No |
| 15. Have you ever been dishonorably discharged from the armed services or from a city, county, state, or federal position? *If yes, attach explanation.* | ☐Yes | ☑No |
| 16. Do you suffer from habitual drunkenness or from narcotic addiction or dependence? *If yes, attach explanation.* | ☐Yes | ☑No |
| 17. Have you ever been declared by any court incompetent by reason of mental or physical defect or disease? *If yes, attach explanation.* | ☐Yes | ☑No |

18. In accordance with 5 Illinois Compiled Statutes 100/10-65(c), applications for renewal of a license or a new license shall include the applicant's Social Security number, and the licensee shall certify, under penalty of perjury, that he or she is not more than 30 days delinquent in complying with a child support order. Failure to certify shall result in disciplinary action, and making a false statement may subject the licensee to contempt of court.

Are you more than 30 days delinquent in complying with a child support order? ☐Yes ☑No
(NOTE: If you are not subject to a child support order, answer "no.")

19. In accordance with 20 Illinois Compiled Statutes 2105/2105-(5), "The Department shall deny any license or renewal authorized by the Civil Administrative Code of Illinois to any person who has defaulted on an educational loan or scholarship provided by or guaranteed by the Illinois Student Assistance Commission or any governmental agency of this State; however, the Department may issue a license or renewal if the aforementioned persons have established a satisfactory repayment record as determined by the Illinois Student Assistance Commission or other appropriate governmental agency of this State." (Proof of a satisfactory repayment record must be submitted.)

Are you in default on an educational loan or scholarship provided/guaranteed by the Illinois Student Assistance Commission or other governmental agency of this State? ☐Yes ☑No

ATTACH RECENT PHOTOGRAPH HERE.

I hereby certify that I personally completed this application, that the answers appearing hereon are true and correct to the best of my knowledge and belief and that I am legally authorized to sign this application.

_____  10-4-06
Signature (in full-use no initials)      Date

I UNDERSTAND THAT FEES ARE NOT REFUNDABLE. My signature above authorizes the Department of Financial and Professional Regulation to reduce the amount of this check if the amount submitted is not correct. I understand this will be done only if the amount submitted is greater than the required fee hereunder, but in no event shall such reduction be made in an amount greater than $50.

USE TRANSPARENT TAPE TOP AND BOTTOM ONLY

RETURN TO: ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION
ATTN: DIVISION OF PROFESSIONAL REGULATION, P.O. BOX 7007, SPRINGFIELD, ILLINOIS 62791

IL486-1120 08/04 (DE)

HAWK 000311

**EXHIBIT**

*Hawkins 11*
*7-15-10 Q*



**SECURITAS**

Welcome to Securitas Security Services USA, Inc., the leading contract security provider in the United States! We are pleased to extend to you a contingent offer of employment, provided you successfully complete all pre-employment requirements, inclusive of a background investigation and drug test. You will also need to complete additional paperwork and provide adequate proof of identity and eligibility to work in the United States.

*Before 7:45*

You are scheduled for pre-assignment introduction on:

*10.3-4*            *Tues & Wed*            @ *8a-5p*
Dates                    Days                            Time

Job Site: *CTA*        Shift: *Open*        Starting Wage: *$9.10*

Branch Manager *Tim Brown*

- The pre-assignment introduction completes your application for employment and is a requirement that must be met before we begin training you at your account. This is generic security officer training, this is not paid training. It is considered the final portion of your application/interview process.
- Pre-Assignment Introduction is held at our 580 W. Jackson office.
- The Pre-Assignment Introduction is scheduled for 2 days.
- Per company policy, you must have a completed personnel file before you begin work. In order to ensure that you are eligible to begin working, please bring the following with you on your first day:

Driver's License or State ID        Social Security Card        Birth Certificate

HS Diploma/GED Certificate        College Diploma                Transcripts

PERC (Blue Card)                        20-hour Training Cert.        FOID

U.S. Passport                                DD-214                            Resident Alien Card

Proof of employment for the past 7 years: W-2's, pay stubs, verification letter for the following jobs:

*Jewel, Chicago, Sports Service,*

*Nat. Opinion center*

If you cannot attend your scheduled class, please call me at: *312-715-1550 x5329*

*Melissa Watts*                                        *9.26*            *x5326 Channa*
Recruiter                                                        Date

Thank you for applying with Securitas Security Services USA Inc.

Your signature below is your acceptance of this contingent offer of employment

*[signature]*                                                *9-26-06*
Signature                                                        Date

HAWK 000336



## Securitas Security Officer Handbook Acknowledgment

I have received my own copy of the Securitas Security Officer Handbook (the "Handbook"). The Handbook contains information about Securitas, general guidelines as to security officer duties and some of the terms of my employment with Securitas. I acknowledge that I am required to read and understand the information contained in the Handbook and comply with the terms contained therein.

Notwithstanding the above, I am a member of a labor union and some of the terms of my employment are governed by a collective bargaining agreement ("CBA"). If any of the terms contained in the CBA are inconsistent with the terms contained in the Handbook, the terms contained in the CBA shall take precedence over and supersede the terms contained in the Handbook.

I agree that Securitas may modify, revise or terminate its policies and/or the Handbook at any time.

_____        _10-4-06_____
Security Officer Signature                Date

_Stephanie Hawkins_____
Print or Type Name

**This form is used only for security officers covered under collective bargaining agreements.**



ASD Officer Handbook
Acknowledgment Form.doc
9/2003

1

HAWK 000355