**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Stephanie Hawkins, et al.
                                                             Plaintiff,

v.                                                                        Case No.: 1:09–cv–03633
                                                                                Honorable Gary Feinerman

Securitas Security Services USA Inc
                                                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 7, 2014:

      MINUTE entry before the Honorable Gary Feinerman:Final approval fairness hearing held. For the reasons stated on the record, joint motion for final approval of class settlement [300] and Plaintiffs' unopposed petition for fees [303] are granted. Enter order granting approval of class settlement. Civil case closed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.